IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERRI WOODWORTH and          *
BOB WOODWORTH,                *
                             *
          Plaintiffs,        *
vs.                          *          No. 4:14-cv-00188-SWW
                             *
                             *
EMPLOYERS CASUALTY INSURANCE  *
COMPANY,                     *
                             *
          Defendant.         *

ORDER

Pursuant to the Stipulation of Dismissal [doc.#13] filed by the parties on August 4, 2015, this action is hereby dismissed with prejudice.[1]

IT IS SO ORDERED this 4th day of August 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Defendant was sued as Employers Casualty Insurance Company.  Elsewhere in the record, including the Complaint and the Stipulation of Dismissal, defendant is referred to as Employer[s] Mutual Casualty Company.  This order dismissing this action applies to all references to defendant.